UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00338-RJC

| | |
|---|---|
| VALERIE PIERCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **Order**<br>COMMISSIONER OF SOCIAL SECURITY, )<br>)<br>Defendant. )<br>)<br>_____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. No. 15) and the Court's previous Order granting that motion (Doc. No. 16). The Court **AMENDS** that previous Order in the following way:

1. The $8,919.76 payment shall be allocated as follows. $8,500.00 in attorney's fees shall be paid pursuant to 28 U.S.C. § 2412(d). $402.00 in costs shall be paid pursuant to 28 U.S.C. § 2412(a). $17.76 in expenses shall be paid pursuant to 28 U.S.C. § 2412(d).

**SO ORDERED.**

Signed: February 17, 2023

Robert J. Conrad, Jr.
United States District Judge